

Ramel Smith 76823-053
MDC Brooklyn P.O. Box 32902
Bklyn, NY 11232

Case 1:08-cr-00635-DLI -JO   Document 230-1   Filed 09/19/10   Page 2 of 3



Hi dad
How R U! 
The kids R great everyone going to the next grade Marty starting UPK in Sept

Hold your head
Love
Marty & family :)

M

Case 1:08-cr-00635-DLI -JO   Document 230-1   Filed 09/19/10   Page 3 of 3



ROB the Runner coloring picture